IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01425-PSF-MJW

JACQUELINE L. EASTMAN,

    Plaintiff,

v.

MEDTRONIC NEUROLOGICAL, a division of Medtronic, Inc.; and
MEDTRONIC, INC.,

    Defendants.

## ORDER RE:  STIPULATION OF DISMISSAL WITH PREJUDICE

    THIS COURT, having reviewed the Stipulation of Dismissal with Prejudice (Dkt. # 26), hereby orders that this case is DISMISSED with prejudice in its entirety, each party to bear her or its own costs and attorneys' fees.

    DATED:  February 24, 2006

                            BY THE COURT:

                            *s/ Phillip S. Figa*
                            _____
                            Phillip S. Figa
                            United States District Judge